### E. SIMPSON v. STATE.

No. A-304.   Opinion Filed November 23, 1910.

(111 Pac. 947.)

**INTOXICATING LIQUORS — Information — Sufficiency — Conveying Liquor in State.** An information charging a defendant with having conveyed intoxicating liquor from one place in the state of Oklahoma to another place in the state must by proper allegations so identify the particular transaction as to enable the defendant to prepare for trial.

(Syllabus by the Court.)

*Appeal from Washita County Court; R. L. Shean, Judge.*

E. Simpson was convicted of a violation of the prohibitory liquor law, and appeals. Reversed and remanded.

*Smith & Wagner,* for appellant.
*Fred S. Caldwell,* for the State.

PER CURIAM. The information in this case charged the defendant with having unlawfully carried intoxicating liquor from one place in the State of Oklahoma to another place in said state. The defendant demurred to the information, upon the ground that it did not charge the defendant with the commission of any offense. The court overruled the demurrer, and the defendant excepted.

We think that the demurrer to the information should have

been sustained. The information should have contained such descriptive averments as would have enabled the defendant to identify the particular transaction for which he was to be tried, and thereby enable him to prepare for trial. See *Sturgis v. State,* 2 Okla. Cr. 363, 102 Pac. 57.

The judgment of the lower court is reversed, with directions to the trial judge to sustain the demurrer to the information.